

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00056-CR

| | | |
|---|---|---|
| DAMANDRE DEON WILLIAMS, Appellant | § | On Appeal from Criminal District Court No. 3 |
| | § | of Tarrant County (1540335D) |
| v. | § | March 24, 2022 |
| | § | Memorandum Opinion by Justice Walker |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
        Justice Brian Walker